FILED

Angel Osornio _____ (Full Name)

11365 Genova Road _____ (Address Line 1)

Rancho Cucamonga, CA 91701 (Address Line 2)

(424) 392-0001 _____ (Phone Number)

Plaintiff in Pro Per

2018 OCT -3  PM 4: 42

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
SANTA ANA

BY_____ MBA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Angel Osornio _____ ,

**Plaintiff,**

vs.

FBI _____

_____

_____

_____

**Defendant(s).**

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: _5:18-cv-02116-PA(DFM)_
(To be supplied by the Clerk)

**Civil Rights Complaint Pursuant to
42 U.S.C. § 1983 (non-prisoners)**

**Jury Trial Demanded:** ☒ Yes  ☐ No

COUNTY OF SAN BERNARDINO SUPERIOR COURT
San Bernardino Justice Center
247 WEST THIRD STREET
San Bernardino, CA  92415-0210

**NOTICE**
CASE NO: CIVDS1815205

ANGEL OSORNIO
11365 GENOVA RD
RANCHO CUCAMONGA CA 91701

TITLE OF CASE: ANGEL OSORNIO -V- FBI

CORRECTED CASE NAME}
PLEASE BE ADVISED THAT THE CASE NAME HAS BEEN CORRECTED TO SHOW AS
FOLLOWS: ANGEL OSORNIO -V- FBI. THANK YOU.

DATE: 06/20/18    Nancy Eberhardt, Court Executive Officer
                                          BY: ASHLEY MULCAHY
-----------------------------------------------------------------------------
-----------------------------------------------------------------------------

CERTIFICATE OF SERVICE BY MAIL

I am a Deputy Clerk of the Superior Court for the County of San
Bernardino at the above listed address. I am not a party to this action
and on the date and place shown below, I served a copy of the above
listed notice by:
(   ) Enclosed in an envelope mailed to the interested party address
      above, for collection and mailing this date, following ordinary
      business practice.
( ✓ ) Enclosed in a sealed envelope, first class postage prepaid in the
      U.S. mail at the location shown above, mailed to the interested
      party and addressed as shown above, or as shown on the attached
      listing.

Executed on 06/20/18, at San Bernardino, California.

By: ASHLEY MULCAHY
_____
               Deputy Clerk

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO


San Bernardino District - Civil
247 West Third Street

San Bernardino, CA. 924150210

------------------------------------------------------------------------
------------------------------------------------------------------------

                                        CASE NO: CIVDS1815205

    ANGEL ORSONIO
    11365 GENOVA RD
    RANCHO CUCAMONGA CA 91701
                        NOTICE OF TRIAL SETTING CONFERENCE


    IN RE: OSORNIO-V-FBI

    THIS CASE HAS BEEN ASSIGNED TO: JANET M FRANGIE IN DEPARTMENT S29
    FOR ALL PURPOSES.

    Notice is hereby given that the above-entitled case has been set for
    Trial Setting Conference at the court located at 247 WEST THIRD STREET
    San Bernardino, CA  92415-0210.

            HEARING DATE: 12/17/18 at  8:30 in Dept. S29


    DATE: 06/19/18  Nancy Eberhardt, Court Executive Officer
                                        By: JESSICA GARCEZ
------------------------------------------------------------------------
------------------------------------------------------------------------
                    CERTIFICATE OF SERVICE

I am a Deputy Clerk of the Superior Court for the County of San
Bernardino at the above listed address. I am not a party to this
action and on the date and place shown below, I served a copy of the
above listed notice:
( ) Enclosed in a sealed envelope mailed to the interested party
addressed above, for collection and mailing this date, following
standard Court practices.
( ) Enclosed in a sealed envelope, first class postage prepaid in the
U.S. mail at the location shown above, mailed to the interested party
and addressed as shown above, or as shown on the attached listing.
(/) A copy of this notice was given to the filing party at the counter
( ) A copy of this notice was placed in the bin located at this office
and identified as the location for the above law firm's collection of
file stamped documents.

Date of Mailing: 06/19/18
I declare under penalty of perjury that the foregoing is true and
correct. Executed on 06/19/18 at San Bernardino, CA

                            BY: JESSICA GARCEZ

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

NOTICE TO DEFENDANT:
(AVISO AL DEMANDADO): *FBI* (Federal Bureau of Investigation)

YOU ARE BEING SUED BY PLAINTIFF: *Angel Osornio*
(LO ESTÁ DEMANDANDO EL DEMANDANTE):

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

JUN 19 2018

BY_____
Jessica Acuña, DEPUTY

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is:<br>(El nombre y dirección de la corte es): | CASE NUMBER:<br>(Número del Caso): CIVDS1815205 |
|---|---|
| Superior Court of California<br>County of San Bernardino<br>San Bernardino District-Civil Division<br>247 West Third Street | |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: loveangelosornio@gmail.com
(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):
Angel Osornio  11365 Benara Rou  424-392-0061
Rancho Cucamonga CB 9701

DATE: *June 18 2018*
(Fecha)

Clerk, by **Jessica Garcez** , Deputy
(Secretario) _____ (Adjunto)

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).

[SEAL]

**COPY**

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*
   under: ☐ CCP 416.10 (corporation)      ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

Angel Osornio
11365 Genova Road
Rancho Cucamonga CA 91701
424-392-0001

**Attorney(s) for**

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

JUN 19 2018

BY _____
JESSICA GARCEZ, DEPUTY

**COURT OF CALIFORNIA, COUNTY OF**

**Plaintiff(s)** Angel Osornio

vs.

**Defendant(s)** FBI (Federal Bureau of Investigation)

**No.** CIVDS1815205

To Whom It may Concern:

My name is Angel Osornio and I am suing the FBI for one Hundred Billion Dollars! Let me just say it's so obvious that there is a lot of people in those positions that don't deserve that title of federal Bureau of Investigation. They are fucking bunch of Idiots! It says they have coordination at highest levels? Im sorry to say but there is a bunch of scum bags that abuse there Authority?

①

7/99
Legal
Solutions
Plus
PP-300

need to be fired immediately! Where is the RESPECT people? Under code 2303 (prohibited) personnel practices in the Federal Bureau of Investigation for government organization and Employees It says the FBI of investigation who has Authority is to take Action with respect! Also the Memorand) of President Presidential memorandum April 14. 1997, 62 F.R 23/123 for Delegation of Responsibilities Concerning FBI employees Under civil Service Reform Act of 1978. The FBI has some failures and thats why I'm suing also under code 18/2712 Civil actions against the United States of America. Also under code 18/2709 counterintelligence access to telephone toll and transactional Records. It is the FBI's duty to provide information that was requested and to comply with a request for subscriber information. Since 2011 I have been suffering with migranes, headaches, vertigo, neck Pain, upper and lower back Pain, hip, knee pain, foot Pain and shortness of breath! Also someone Hacked into my Yahoo account!

(2)

angelsmilebydesign@yahoo.com. They said Someone from russia, Europe and one other place has hacked my account! This is ridiculous. I feel violated! I want Justice Served! This is a complete disaster! I would like to say nobody is allowed to take any legal action except for me Angel Osornio against FBI or sue the FBI and any of there fictious business names except for me Angel Osornio.

Thank you
Angel Osornio
June 18 2018

③

CM-010

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, State Bar number, and address):

Angel Osorio
11365 Gerova Road, Rancho Cucamonga CA 91701

TELEPHONE NO.: 424-392-0001    FAX NO.: forangelosorio@gmail.com
ATTORNEY FOR (Name):

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: Superior Court of California
MAILING ADDRESS: County of San Bernardino
CITY AND ZIP CODE: San Bernardino District-Civil Division
BRANCH NAME: 247 West Third Street
San Bernardino, CA 92415-0210

CASE NAME: Angel Osorio V FBI

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| ☑ Unlimited (Amount demanded exceeds $25,000) ☐ Limited (Amount demanded is $25,000 or less) | ☐ Counter ☐ Joinder Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | CIVDS1815205 JUDGE: DEPT: |

**FOR COURT USE ONLY**

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

JUN 19 2018

BY _____
JESSICA GARCEZ, DEPUTY

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☑ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)

**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)

**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)

**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)

**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition (not specified above) (43)

2. This case ☐ is ☐ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. ☑ monetary    b. ☐ nonmonetary; declaratory or injunctive relief    c. ☐ punitive

4. Number of causes of action (specify):

5. This case ☐ is ☐ is not a class action suit.

6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: June 18 2018    Angel Osorio
(TYPE OR PRINT NAME)    ▶ _____ (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO

Angel Osorio

vs.

FBI

CASE NO.: __CIVDS1815205__

### CERTIFICATE OF ASSIGNMENT

A civil action or proceeding presented for filing must be accompanied by this Certificate. If the ground is the residence of a party, name and residence shall be stated.

The undersigned declares that the above-entitled matter is filed for proceedings in the _____ District of the Superior Court under Rule 404 of this court for the checked reason:

☐ General          ☐ Collection

| | Nature of Action | Ground |
|---|---|---|
| ☐ | 1. Adoption | Petitioner resides within the district |
| ☐ | 2. Conservator | Petitioner or conservatee resides within the district. |
| ☑ | 3. Contract | Performance in the district is expressly provided for. |
| ☐ | 4. Equity | The cause of action arose within the district. |
| ☐ | 5. Eminent Domain | The property is located within the district. |
| ☐ | 6. Family Law | Plaintiff, defendant, petitioner or respondent resides within the district. |
| ☐ | 7. Guardianship | Petitioner or ward resides within the district or has property within the district. |
| ☐ | 8. Harassment | Plaintiff, defendant, petitioner or respondent resides within the district. |
| ☐ | 9. Mandate | The defendant functions wholly within the district. |
| ☐ | 10. Name Change | The petitioner resides within the district. |
| ☐ | 11. Personal Injury | The injury occurred within the district. |
| ☐ | 12. Personal Property | The property is located within the district. |
| ☐ | 13. Probate | Decedent resided or resides within the district or had property within the district. |
| ☐ | 14. Prohibition | The defendant functions wholly within the district. |
| ☐ | 15. Review | The defendant functions wholly within the district. |
| ☐ | 16. Title to Real Property | The property is located within the district. |
| ☐ | 17. Transferred Action | The lower court is located within the district. |
| ☐ | 18. Unlawful Detainer | The property is located within the district. |
| ☐ | 19. Domestic Violence | The petitioner, defendant, plaintiff or respondent resides within the district. |
| ☐ | 20. Other _____ | _____ |
| ☐ | 21. THIS FILING WOULD | NORMALLY FALL WITHIN JURISDICTION OF SUPERIOR COURT |

The address of the accident, performance, party, detention, place of business, or other factor which qualifies this case for filing in the above-designed district is:

Angel Osorio                                    11365 Genova Road

NAME – INDICATE TITLE OR OTHER QUALIFYING FACTOR          ADDRESS

Rancho Cucamonga                    CA          91701

CITY                                    STATE          ZIP CODE

I declare, under penalty of perjury, that the foregoing is true and correct and that this declaration was executed on __June 18 2018__ at __San Bernardino County Court__, California

Angel O____

Signature of Attorney/Party

### CERTIFICATE OF ASSIGNMENT

13-16503-360, Rev 06-2014